UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTINA BAREFOOT<br>        Plaintiff<br><br>v.<br><br>FORSYTH LAW OFFICES, P.C.<br>        Defendant | CIVIL ACTION NO. 1:11-CV-10088 |

## STIPULATION OF DISMISSAL

The parties hereby stipulate that this action shall be and hereby is dismissed with prejudice, without costs, and with all rights of appeal waived.

| | |
|---|---|
| CHRISTINA BAREFOOT, | FORSYTH LAW OFFICES, P.C., |
| By her attorneys, | By its attorneys, |
| */s/ Craig T. Kimmel* | */s/ John J. O'Connor* |
| Craig T. Kimmel, Esquire<br>Kimmel & Silverman<br>30 East Butler Pike<br>Ambler, PA  1900 | John J. O'Connor, Esq.<br>BBO # 555251<br>PEABODY & ARNOLD LLP<br>600 Atlantic Avenue<br>Boston, MA  02210-2261<br>(617) 951-2100<br>joconnor@peabodyarnold.com |

Dated: May 11, 2011

## CERTIFICATE OF SERVICE

I, John J. O'Connor, hereby certify that on the 11th day of May, 2011, I served the attached by causing a copy thereof to be sent via ECF on the following:

Craig T. Kimmel, Esquire
Kimmel & Silverman
30 East Butler Pike
Ambler, PA  190

/s/ John J. O'Connor

740774_1
14926-95162